IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.      Criminal Case No. 13-50021-001

EDGAR ARCE-FUENTES                                          DEFENDANT

<u>O R D E R</u>

Now on this 4th day of February, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #13), to which all parties have waived objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's plea of guilty is accepted, and the written Plea Agreement in this matter is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE